422 A.2d 1173

Commonwealth v. Viglione, Appellant.

Submitted April 12, 1979.  D. Stephen Ferito, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The order of the Court of Common Pleas is affirmed.

422 A.2d 1173

Nowlin, Appellant, v. Wayman.

Argued April 10, 1979.  Clencie L. Cotton, for appellant;  W. Arch Irvin, Jr., for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.